RECEIVED
IN LAKE CHARLES, LA

AUG - 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| EDWARD TAYLOR | : | DOCKET NO. 2:07-cv-782 |
| VS. | : | JUDGE MINALDI |
| JOE P. YOUNG | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this petition be DENIED AND DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31 day of July, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE